RECEIVED
OCT 2 1 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Neilson, et al | Civil Action No. 6:16-cv-00993 |
| Versus | Judge Rebecca F. Doherty |
| Lowe's Home Centers, Inc., et al | Magistrate Judge Carol B. Whitehurst |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the For Summary Judgment on *Sua Sponte* Jurisdictional Review filed [Rec. Doc. 9] is **GRANTED** and the improperly joined defendant, Neil Comeaux, is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 21 day of October, 2016.

Rebecca F. Doherty
United States District Judge